

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/2021
```

**MEMO ENDORSED**

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

June 14, 2021

**VIA ECF**
Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   *Ruby Chacko v. Office of the New York State Comptroller, et al.*, 20 cv 10697 (VEC)(RWL)

Dear Judge Caproni:

    This Office represents Defendants Office of the New York State Comptroller and Thomas P. DiNapoli, in his official capacity as Comptroller of the State of New York, (collectively, the "Defendants") in the above-referenced action brought by Plaintiff Ruby Chacko. Pursuant to Section 2.C of this Court's Individual Rules, I write to request a one-week extension of Defendants' time to file and serve a motion to dismiss the Complaint from June 18, 2021 to June 25, 2021, with Plaintiff's consent.

    Pursuant to the Court's order dated May 4, 2021, Defendants' responses are due on June 18, 2021. This is Defendants' third application for an extension. The first application for an extension was made to allow this Office to conduct a preliminary investigation to determine representation pursuant New York Public Officers Law § 17. Thus, Defendants sought a second application for time and opportunity to respond to the Complaint. The reason for this current extension is to allow our clients sufficient time to review the motion to dismiss.

    Based upon this Office's information to date regarding this action, we are not aware of scheduled deadlines or conferences that would be impacted by this request.

    Thank you for your time and consideration of this matter.

Respectfully submitted,

/s/ Amy Luo
Assistant Attorney General

cc:
Gabriel Oliver Koppell, Esq.
Law Offices of G. Oliver Koppell & Associates (via ECF)
Daniel Casados, Esq. (via electronic mail dcasados@koppellaw.com)

Application GRANTED.

SO ORDERED.

*Valerie Caproni* 6/14/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE