USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__11/30/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
:
RUBY CHACKO,                                                       :
                                          Plaintiff,              :
                                                                  :               20-CV-10697 (VEC)
                        -against-                                 :
                                                                  :               ORDER
                                                                  :
OFFICE OF THE NEW YORK STATE                                      :
COMPTROLLER, and THOMAS P. DINAPOLI, in                           :
his Official Capacity, as COMPTROLLER OF THE                      :
STATE OF NEW YORK,                                                :
                                          Defendants.             :
                                                                  :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on November 30, 2021, the Court granted Defendants' partial motion to

dismiss, Dkt. 23;

        IT IS HEREBY ORDERED that a pretrial conference is scheduled for **December 17,**

**2021 at 3:00 p.m.**  The parties should appear for the conference by dialing 888-363-4749, using

the access code 3121171 and the security code 0697.

        IT IS FURTHER ORDERED that the parties must, by **December 9, 2021**, submit a

proposed case management plan and joint letter as outlined below.

        The parties' joint letter must be no more than five pages and address the following in

separate paragraphs: (1) a brief description of the case, including the factual and legal bases for

the claim(s) and defense(s); (2) any contemplated motions; (3) the basis for subject matter

jurisdiction; and (4) the prospect for settlement.  The parties should also indicate whether they

believe a Rule 16 conference is unnecessary and ask that their proposed Case Management Plan

simply be so ordered; or whether they believe a conference would be helpful and have no

objection to proceeding by teleconference; or whether they believe a conference would be helpful and request it be adjourned until such time as it can be safely held in person.  If the parties prefer an in-person conference, they should propose three mutually-agreed upon Fridays for the conference, although the Court does not guarantee it will honor the parties' preferred date.

The parties are directed to consult the undersigned's Individual Practices in Civil Cases and to confer on a Civil Case Management Plan and Scheduling Order.  The Individual Practices and Civil Case Management Plan may be found on the Court's website: https://nysd.uscourts.gov/hon-valerie-e-caproni.  The parties must submit the jointly proposed Plan to the Court with their joint letter.

**SO ORDERED.**

**Date:  November 30, 2021**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**